UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80310-CIV-HURLEY

EVELYN RIVERA,
    petitioner,
v.

UNITED STATES OF AMERICA,
    respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS CAUSE** is before the court upon the petitioner's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 following entry of a guilty plea in Case No. 08-8006-Cr-Hurley, which matter was previously referred to Magistrate Judge Patrick White for proposed findings and recommended disposition.

On July 7, 2011, Magistrate Judge White filed a Report and Recommendation [DE# 57] recommending that the petitioner's motion to vacate, set aside and correct sentence be denied. The petitioner, through counsel, subsequently filed objections to the report [DE# 59] together with a supporting memorandum [DE# 68], and the government filed a response in opposition [DE#82]. On October 11, 2011, petitioner, appearing *pro se*, filed supplemental objections to the magistrate judge's report together with her reply to the government's opposition memorandum [DE# 83, 84].

Having carefully reviewed the magistrate judge's report and recommendation, in conjunction with the petitioner's objections to the report, supporting memorandum, supplemental objections and reply, the court finds the Magistrate Judge's findings and recommendations to be sound and well

1

reasoned, and accordingly approves and adopts them in full.

It is therefore **ORDERED** and **ADJUDGED**:

1. The petitioner's motion for *de novo* evidentiary hearing [DE# 61] is **DENIED.**

2. Magistrate Judge White's July 7, 2011 Report and Recommendation [DE # 57] is **APPROVED AND ADOPTED** in full.

3. The petitioner's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE # 1] is **DENIED.**

4. The Clerk of Court is directed to enter this case as **CLOSED** and terminate declare all pending motions **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13 day of October, 2011.

　　　　　　　　　　　　　　　　　　Daniel T. K. Hurley
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
United States Magistrate Judge White
Evelyn Rivera, *pro se*
all counsel